# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, S.P. LOGAN**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## JOSEPH P. RODAK
## LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201400360
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 24 July 2014.
**Military Judge:** Maj M.D. Libretto, USMC.
**Convening Authority:** Commanding Officer, Marine Heavy Helicopter Squadron 461, MAG 29, 2d MAW, U.S. Marine Corps Forces Command, Jacksonville, NC.
**Staff Judge Advocate's Recommendation:** LtCol J.J. Murphy, USMC.
**For Appellant:** LCDR Shannon A. Llenza, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**29 January 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court